IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JEFFERSON CARES,

        Plaintiff,                      No. CIV S-08-0083 MCE GGH PS

      vs.

DEBRA BOWEN, et al.,                <u>ORDER</u>

        Defendants.

_____/

        The Court is in receipt of plaintiff's complaint which asks, inter alia, for an immediate "invalidating and nullifying of Proposition 93." However, the requirements of Eastern District Local Rule 65-231 (c) have not been satisfied by plaintiff.

        If plaintiff desires immediate action on his request, he shall comply with Rule 65-231 (c) by submitting the required papers. No brief shall be in excess of 15 pages. Upon receipt of the required papers, the court will notify the parties of any appearances or further action to be undertaken.

        The Clerk shall serve this order on plaintiff by mail, and chambers will e-mail the order to plaintiff.

Dated: 01/16/08                    /s/ Gregory G. Hollows

                                          U.S. Magistrate Judge

GGH:gh:035
cares.ord

1