IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JEFFERSON CARES,

      Plaintiff,                       No. CIV S-08-0083 MCE GGH PS

     vs.

DEBRA BOWE, et al.,                   <u>ORDER</u>

      Defendants.

_____/

      Plaintiff, who proceeds in pro se, moves for leave to file his papers electronically and to receive electronic service from the court.

      The local rules of this court provide that "Any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E. D. Cal. L. R. 5-133(b)(2). Requests to use electronic filing may be submitted as written motions setting out an explanation of reasons for the requested exception. E. D. Cal. L. R. 5-133(b)(3).

      Plaintiff has given no reason for the request, as required by subdivision (b)(3) of the rule. Nevertheless, the court notes that plaintiff's complaint concerns the upcoming February 5th election, and plaintiff's request for injunctive relief is set to be heard by the district court on January 31, 2008. Therefore, plaintiff's motion shall be granted. However, the court will

1  carefully monitor plaintiff's filings to assess their reasonableness.  Should the court discern any
2  unreasonably expansive filings, either in number or volume, this order will be vacated.
3             Accordingly, plaintiff's motions for leave to electronically file all further papers in
4  this case, and to receive electronic service from the court, filed January 22 and 23, 2008, are
5  GRANTED.  Plaintiff shall, within 10 days, register at <www.caed.uscourts.gov> to participate
6  in this court's Case Management /Electronic Case Filing system.
7             IT IS SO ORDERED.
8  DATED: 01/28/08                                      /s/ Gregory G. Hollows

                                                        GREGORY G. HOLLOWS
                                                        U. S. MAGISTRATE JUDGE

11  GGH:076/Cares0083.elec.wpd