UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS JEFFERSON CARES,

        Plaintiff,

   v.

DEBRA BOWEN, in her official capacity as California Secretary of State; EDMUND G. BROWN, in his official capacity as California Attorney General, et. al.,

        Defendants.

No. 2:08-cv-00083-MCE-GGH

MEMORANDUM AND ORDER

----oo0oo----

        Plaintiff Thomas Jefferson Cares brought this action against various California public officials and agencies including the Secretary of State, the Attorney General, and the Registrars or Clerks of all 58 California counties. Plaintiff's complaint alleged that the Official Ballot Title and Official Ballot Summary for Proposition 93 - both of which were drafted by the Attorney General for the State of California - were intentionally misleading and would cause election results counter to the actual will of the electorate of the State of California.

1

1  Plaintiff asserted that the manner in which Proposition 93 had
2  proceeded was an unconstitutional denial of due process.
3  Plaintiff sought a pre-election temporary restraining order
4  enjoining the enforcement of Proposition 93.  This Court held a
5  hearing on January 31, 2007 and denied Plaintiff's application
6  for a temporary restraining order.  *See* February 4, 2008 Order,
7  Docket No. 28.
8       In the time period between the hearing on the temporary
9  restraining order and the entry of the Order, Plaintiff filed an
10 Amended Complaint and a Motion for Preliminary Injunction.  Both
11 filings requested that, in the event Proposition 93 passed, this
12 Court enter judgment prohibiting its enforcement.
13      On February 5, 2008, California held its election and the
14 voters rejected Proposition 93.  Accordingly, Plaintiff's case is
15 moot.
16      Because this Court finds, again, that this case does not
17 present a justiciable issue, Plaintiff's request for a
18 preliminary injunction is DENIED and Plaintiff's case is
19 DISMISSED with prejudice.  The Clerk of the Court is directed to
20 close the file.
21      IT IS SO ORDERED.

Dated: February 12, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2